# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2020

*The Court of Appeals hereby passes the following order*

**A20D0435. WANDA HOUSLEY v. WALKER COUNTY BOARD OF EDUCATION et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20SUCV0244



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, August 11, 2020.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*